GUSSIE SMALLBERG, Appellant, v. LEVINE HOLDING CO., INC., et al., Respondents.— In an action for specific performance, plaintiff appeals from an order denying her motion for a bill of particulars. Order reversed on the facts, with $10 costs and disbursements, and the motion granted, the bill to be served within ten days from the entry of the order hereon. It was an improper exercise of discretion to deny the motion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.